# UNITED STATES DISTRICT COURT
## District of Minnesota

**Noah J. McCourt**

Plaintiff(s),

v.

**City of Chaska**

Defendant(s).

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 18-cv-1559 ECT/ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
The Defendant City of Chaska will work with an accessibility compliance specialist during the planning process for City Square Park, which had been scheduled in the City's Capital Improvement Plan prior to initiation of this lawsuit, to ensure all city services and programs in City Square Park are ADA compliant and implement any necessary changes.

Date: 11/5/2018

KATE M. FOGARTY, CLERK

s/Katie Thompson
(By)   Katie Thompson, Deputy Clerk